## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 21st day of November, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Mr. Richard J. Morrison
*Nstar Electric & Gas Corporation*
800 Boylston Street P1700
Boston, MA 02199

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Mary E. Augustine (No. 4477)

609381v1